Richard A. Lazenby (State Bar No. 202105) (*pro hac vice*)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875) (*pro hac vice*)
Email: mcutler@victorrane.com
Doug Griffith (State Bar No. 185333) (*pro hac vice*)
dgriffith@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

and

Jonathan W. Carlson (Nevada Bar No. 10536)
Email: jonathan.carlson@mccormickbarstow.com
MCCORMICK BARSTOW, LLP
8337 W. Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 919-1100
Facsimile: (702) 949-1101

Attorneys for Defendant
UNITED AIRLINES, INC.

and all the parties on the signature page

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY HANKINS,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., and DOES I through X, inclusive,<br><br>       Defendants. | Case No.: 2:21-cv-00274-APG-DJA<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURES DEADLINES**<br><br>**(FIRST REQUEST)** |

      Plaintiff Jeffrey Hankins ("Plaintiff") and Defendant United Airlines, Inc., ("United") by and through their respective attorneys of record, respectfully submit this stipulation to extend the

1  expert disclosures deadlines, to allow the parties to complete the fact discovery that is needed to
2  facilitate the expert disclosures in this matter as follows:
3      (a) Discovery Completed
4      The parties state that the following discovery has been completed: the parties have
5  exchanged initial disclosures and have served and responded to written discovery.  Additionally,
6  United has conducted its internal investigation of the incident.
7      (b) Discovery that Remains to be Completed
8      The parties state that the following fact discovery remains to be completed to facilitate
9  expert disclosures in this matter: depositions of plaintiff and other witnesses, discovery directed
10 at third parties, including plaintiff's health care providers, and IME of plaintiff.  The deadline to
11 complete fact discovery is 8/18/2021.
12     (c) There is Good Cause to Allow the Parties to Complete Fact Discovery Before Expert
13     Disclosures
14     The parties have diligently pursued formal discovery and internal investigation of the
15 subject incident, which involves a rejected takeoff of a commercial flight.  Specifically, United
16 maintains that the aircraft's pilot-in-command concluded that, according to the aircraft's
17 instrumentation that provides the crew with information concerning the amount of thrust being
18 generated by the engines, the left-hand engine was generating less thrust than should have been
19 the case.  Plaintiff alleges that he sustained serious physical injuries as a result of the incident,
20 and incurred medical expenses, for surgeries and other medical treatment, in the amount of at
21 least $148,300.00.  Despite the parties' best efforts to expedite fact discovery to prepare for
22 expert disclosures, due to the highly technical nature of this matter, as well as, plaintiff's
23 substantial alleged injuries and damages, the parties respectfully submit that there is good cause
24 to extend the expert disclosures deadlines until after the end of fact discovery.
25     (d) A Proposed Schedule for Expert Disclosures
26     In light of the above, the parties respectfully request to continue the expert disclosures
27 from 6/18/2021 to 8/18/2021, and rebuttal expert disclosures 7/19/2021 to 9/8/2021.
28 ///

So stipulated, subject to Court's approval.

Dated: June 4, 2021  VICTOR RANE

By:     */s/ Jonathan W. Carlson*
Richard A. Lazenby
Michael Cutler
Doug Griffith
-and-
Jonathan W. Carlson
McCormick Barstow, LLP
Attorneys for Defendant
UNITED AIRLINES, INC.

Dated: June 4, 2021  TIGNEY INJURY LAW FIRM

By:     */s/ Justin L. Dewey*
Bruce D. Tingey
Justin L. Dewey
Attorneys for Plaintiff
JEFFREY HANKINS

**ORDER**

**IT IS SO ORDERED.**

Dated: June 7th, 2021

_____
UNITED STATES MAGISTRATE JUDGE