Scott B. Van Alfen, Esq.
Nevada Bar No. 5532
Tingey Injury Law Firm
817 S. Main Street
Las Vegas, NV 891012
Telephone: (702) 333-0000
Facsimile: (702) 333-0001
scott@tingeylawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY HANKINS,<br><br>    Plaintiff<br><br>vs.<br><br>UNITED AIRLINES, INC., and DOES I through X, inclusive,<br><br>    Defendants. | Case No: 2:21-cv-00274-APG-DJA<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURES DEADLINES**<br><br>**(SECOND REQUEST)** |

Plaintiff Jeffrey Hankins ("Plaintiff") and Defendant United Airlines, Inc., ("United") by and through their respective attorneys of record, respectfully submit this stipulation to extend all current discovery and other remaining deadlines to allow the parties to complete the fact discovery that is necessary for the reasons stated below.

(a) <u>Discovery Completed</u>

The parties state that the following discovery has been completed: the parties have exchanged initial disclosures and have served and responded to written discovery. Additionally, United has conducted its internal investigation of the incident.

(b) <u>Discovery that Remains to be Completed and Good Cause to Allow the Parties to Complete Fact Discovery</u>

United has propounded discovery requests to Plaintiff. It is United's position that the responses to the discovery requests are inadequate. For example, Plaintiff has alleged severe injuries in this matter and United has not received documents supporting those damages, or information or documents pertaining to the existence of pre-existing injuries and medical procedures undergone. United has met and conferred accordingly as it must obtain the information and documents necessary to proceed with this matter, including with taking depositions and completing expert disclosures.

1

Plaintiff has requested additional time to respond to United's meet and confer efforts due to the hardship on the part of Plaintiff's counsel. The attorney who was handling the matter at Plaintiff's counsel's law firm has resigned, and Plaintiff's counsel therefore needs additional time to address the remaining discovery matters. Plaintiff has also requested time to provide medical documents pertaining to Plaintiff's injuries, pre-existing or otherwise, as Plaintiff doesn't anticipate that he can acquire the documents within existing deadlines. United has confirmed extension requests and has held off on filing motions to compel the responses for this reason. The parties would like to avoid motion work and having to seek court intervention on these matters. For this reason, the parties ask that this Court to grant additional time to complete discovery and the additional remaining deadlines.

The current deadlines are:

1. Deadline to complete fact discovery and expert disclosures     8/18/21
2. Deadline to complete rebuttal expert disclosures     9/8/21
3. Deadline to file Dispositive Motions     9/17/21
4. Deadline to file a Consolidated Pre-Trial Order     10/18/21

The parties respectfully request that this Court extend these deadlines by a period of ninety (90) days, to the dates:

1. Deadline to complete fact discovery and expert disclosures     11/16/21
2. Deadline to complete rebuttal expert disclosures     12/7/21
3. Deadline to file Dispositive Motions     12/16/21
4. Deadline to file a Consolidated Pre-Trial Order     1/17/22

So stipulated, subject to Court's approval.

Dated this 29th day of June, 2021.

                         Tingey Injury Law Firm

                         */s/ Scott B. Van Alfen*

                         _____
                         Scott B. Van Alfen, Esq.
                         817 S. Main Street
                         Las Vegas, NV 89101
                         Attorney for Plaintiff
                         JEFFREY HANKINS

/ /

Dated this 29th day of June, 2021.

                                        VICTOR RANE

                                        /s/ Dana Zokaeim

                                        _____
                                        Michael Cutler, Esq.
                                        Dana Zokaeim, Esq.
                                        9350 Wilshire Blvd., Suite 308
                                        Beverly Hills, CA 90212
                                        Attorney for Defendant
                                        UNITED AIRLINES, INC.

                            **ORDER**

**IT IS SO ORDERED.**

Dated this 1st day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3



**Kimberly Couillard <kimberly@tingeylawfirm.com>**

## Jeffrey Hankins v. United Airlines, Inc: Stipulation and Order to Extend Deadlines

**Dana Zokaeim** <dzokaeim@victorrane.com>  Tue, Jun 29, 2021 at 1:35 PM
To: Kimberly Couillard <kimberly@tingeylawfirm.com>, Scott Van Alfen <scott@tingeylawfirm.com>
Cc: Cree Jacobs <cree@tingeylawfirm.com>, Alejandra Jimenez <alejandra@tingeylawfirm.com>, Michael Cutler <mcutler@victorrane.com>, Doug Griffith <dgriffith@victorrane.com>

Scott,

Please see attached revised version of the stipulation. We needed a more solid basis to ask for an extension the second time around. Please review and let us know if acceptable. If so, you can affix my signature and file. Thanks again.

Dana

Dana Zokaeim | Attorney

**VICTOR RANE**

9350 Wilshire Boulevard | Suite 308

Beverly Hills | California | 90212

P 310.388.4849 | F 310.388.4869

www.victorrane.com

Due to office closures/remote work and other protocols enacted to address the spread of COVID-19, we kindly request that all pleadings, notices, correspondence and other documents be served via e-file or email in lieu of regular mail or overnight/priority delivery until further notice. This does not constitute a waiver of any mail/facsimile-service requirements prescribed by applicable state rules of civil procedure or Federal Rule of Civil Procedure 5, but is requested solely as a precautionary measure during our physical office closures.  Should you have any questions or concerns regarding this request, please contact the undersigned via email.

NOTICE: This message is intended only for use by the named addressee and may contain privileged and/or confidential information. If you are not the named addressee you should not disseminate, copy or take any action in reliance on it. If you have received this message in error please notify dzokaeim@victorrane.com delete this message and any attachments accompanying it immediately.  Thank you.

[Quoted text hidden]

 **SAO to Extend Deadlines - DZ revised.docx**
25K