Richard A. Lazenby (State Bar No. 202105)(*pro hac vice*)
 rlazenby@victorrane.com
Michael Cutler, Esq. (State Bar No. 298875) (*pro hac vice*)
 mcutler@victorrane.com
Doug Griffith (State Bar No. 185333) *(pro hac vice)*
 dgriffith@victorrane.com
Victor Rane
9350 Wilshire Boulevard, Suite 308
Beverly Hills, CA 90212
Telephone: (310) 388-4852

-and-

Jonathan W. Carlson
Nevada Bar No. 10536
 jonathan.carlson@mccormickbarstow.com
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
United Airlines, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY HANKINS,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED AIRLINES, INC., and DOES I through X, inclusive,<br><br>          Defendants. | Case No. 2:21-cv-00274-APG-DJA<br><br>**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice and that all pending motions with the Court are withdrawn as moot.

Re: <u>Jeffrey Hankins v. United Airlines, Inc.</u>
Case No. 2:21-cv-00274-APG-DJA

Each party will bear their own costs and attorneys' fees.

DATED this 4 day of May, 2022

By _____ #14508 FOR:
Bruce D. Tingey
Nevada Bar No. 5151
TINGEY INJURY LAW FIRM

Attorneys for Plaintiff

DATED this 4th day of May, 2022

By _____
Richard A. Lazenby (*pro hac vice*)
State Bar No. 202105
Michael Cutler (*pro hac vice*)
State Bar No. 298875
Doug Griffith (*pro hac vice*)
State Bar No. 185333
VICTOR RANE

-and-

Jonathan W. Carlson
Nevada Bar No. 10536
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

DATED this 6th day of May, 2022.

_____
DISTRICT COURT JUDGE

8386011.1